**THE ESTLE LAW FIRM**
12520 High Bluff Drive, Suite 265
San Diego, California 92130
Telephone (858) 720-0890
Facsimile (858) 720-0092

Mark D. Estle (CA Bar No. 135004)
Attorney for Secured Creditor
LITTON LOAN SERVICING, LP, AS SERVICING AGENT FOR RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC

## United States Bankruptcy Court
## Northern District of California
## Oakland Division

| | |
|---|---|
| In re<br><br>EARL NICHOLS,<br><br>Debtor(s). | Case No. 10-47550-LJT<br>Chapter 13<br><br>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br><u>341 (a) Meeting:</u><br>DATE:     September 9, 2010<br>TIME:     1:00 pm<br>LOCATION: Oakland U.S.<br>          Trustee's Office |

TO: THE HONORABLE JUDGE LESLIE J. TCHAIKOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE; TO THE CHAPTER 13 TRUSTEE, AND TO THE DEBTOR:

LITTON LOAN SERVICING, LP, AS SERVICING AGENT FOR RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC ("Litton") is the holder of a secured claim in this case. Litton is therefore a party in interest and has standing to object to the Debtor's Chapter 13 Plan.

Litton is the holder of a claim secured by a security interest in real property. Such claim consists of a secured by a Deed of Trust on the real property commonly known as 2733-2735 67TH Avenue, Oakland, CA 94605. Litton objects to the Plan on

1

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

the following grounds:

1. The Plan was not proposed in good faith, as required by 11 U.S.C. § 1325 (a) (3), and is otherwise forbidden by law as shown by the following:

    a. Debtor's Plan fails to provide for payment of the pre-petition arrears due to Litton. The outstanding pre-petition arrears due to Litton, as indicated in its Proof of Claim filed herein, is $211,781.56.

    b. Debtor's plan fails to provide for the full amount of the on-going post-petition monthly payments to Litton.

2. The Plan is not feasible. Debtor intends to pay $207.00 per month for a period of thirty (36) months to the Chapter 13 Trustee. This will clearly not be sufficient once Litton's pre-petition arrears are properly provided for.

WHEREFORE, LITTON RESPECTFULLY REQUESTS:

1. That Confirmation of Debtor's Chapter 13 Plan be denied and the case be dismissed; or, in the alternative,

2. That Debtor's Plan be amended in accordance with this objection.

THE ESTLE LAW FIRM

Dated: August 19, 2010    By: /s/ Mark D. Estle
MARK D. ESTLE, Attorney
for Secured Creditor
LITTON LOAN SERVICING, LP, AS
SERVICING AGENT FOR RESIDENTIAL
FUNDING REAL ESTATE HOLDINGS, LLC